567 A.2d 1040

**ACTION, INC.**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD.**

**Appeal of Marilyn B. TALERICO, on Behalf of Donald P. TALERICO (Decedent).**

Supreme Court of Pennsylvania.

Argued Dec. 11, 1989.

Decided Jan. 5, 1990.

John R. Lenahan, Jr. and Brian J. Lenahan, Scranton, for appellant.

Michael P. Shay, Bethlehem, for Action, Inc.

Prior report 116 Pa.Cmwlth. 81, 540 A.2d 1377.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

### ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.